DONALD M. SMITH v. UNION TRUST COMPANY

[No. 69, September Term, 1982.]

*Decided July 27, 1982.*

The cause was submitted to MURPHY, C. J., and SMITH, ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ.

PER CURIAM:

The petition for writ of certiorari having been granted, the case is remanded to the Baltimore City Court without affirmance or reversal, for reconsideration in light of *Union Trust Co. v. Tyndall,* 290 Md. 102, 428 A.2d 428 (1981).

Judge Davidson would have denied the petition.

> *Case remanded to the Baltimore City Court for reconsideration. Costs to abide the result.*